UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBLY AND BYRON ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>LOANCARE, LLC,<br><br>Defendant. | Case No. 1:20-cv-00189-NONE-EPG<br><br>ORDER GRANTING PLAINTIFF BYRON ARNOLD'S MOTION FOR IN FORMA PAUPERIS STATUS<br><br>(ECF NO. 5) |

*Pro se* Plaintiffs Kimbly and Byron Arnold filed this suit against Defendant Loancare, LLC ("Defendant") for "(1) recovery of usurious all payments escrow & interest claim based on open real estate account under 12 U.S.C. §§ 1785(g)(2) and 1831d(b); (2) general state usury provision; (3) fraud and deceit; and (4) breach of contract." (ECF No. 1, p. 2.)

On February 24, 2020, Plaintiff Byron Arnold filed a motion to proceed *in forma pauperis*. (ECF No. 5.) The Court has reviewed that application and finds that Plaintiff Byron Arnold meets the threshold for *in forma pauperis* status under 28 U.S.C. § 1915(e)(2). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

The Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent

1

that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff fill be served with the resulting order.

IT IS SO ORDERED.

Dated: __**February 27, 2020**__ /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE