UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBLY ARNOLD and BYRON ARNOLD,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LOANCARE, LLC, *et al.*,<br><br>　　　　　Defendants. | No. 1:20-cv-00189-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT DEFENDANT'S MOTION TO DISMISS BE GRANTED AND THAT THE UNSERVED DEFENDANTS BE DISMISSED AND DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE FOR PURPOSE OF CLOSING THIS CASE AND TO CLOSE THIS CASE<br><br>(Doc. Nos. 18 & 34) |

　　　　Plaintiffs Kimbly Arnold and Byron Arnold are proceeding *pro se* in this action which was removed to the court under diversity and federal question jurisdiction. This action proceeds on plaintiff's first amended complaint against defendants Loancare, LLC; Does 1-2; Sterns Lending; Loancare, LLC employees Carin White and Tere Childers; and Law Firm Malcom * Cisneros for various causes of action related to a loan made to plaintiffs. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 1, 2021, the assigned magistrate judge issued findings and recommendations recommending that defendant Loancare, LLC's motion to dismiss be granted and that the unserved defendants be dismissed *sua sponte*. (Doc. No. 34.) Those findings and

recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 16.) No objections have been filed, and the deadline to do so has expired.[1]

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 1, 2021, (Doc. No. 34), are adopted in full;
2. Defendant Loancare, LLC's motion to dismiss (Doc. No. 18) is GRANTED;
3. Plaintiffs' first amended complaint (Doc. No. 17) is DISMISSED, without leave to amend;
4. All defendants, including those who have not yet been served, are DISMISSED; and
5. The Clerk of Court is directed to assign a district judge for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:  **March 20, 2021**            /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE

---

[1] Rather than file objections, plaintiffs have filed a document entitled "Motion for Order of Remand," which the court construes as a motion to remand this action to state court. (Doc. No. 35.) Because the court determines herein that the entire complaint should be dismissed without leave to amend, there is nothing for this court to remand. Even if the undersigned found it appropriate to address the motion to remand before the motion to dismiss, plaintiffs have failed to offer any valid basis for remand which they seek. *See* 28 U.S.C. § 1447.